1  JOHN M. SORICH (CA Bar No. 125223)
   john.sorich@piblaw.com
2  JAMES M. SABOVICH (CA Bar No. 218488)
   james.sabovich@piblaw.com
3  PARKER IBRAHIM & BERG LLC
   695 Town Center Drive, 16th Floor
4  Costa Mesa, California 92626
   Tel:  (714) 361-9550
5  Fax: (714) 784-4190

6  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.
7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12 | RICHARD F. BELL and PATRICIA A. BELL, | Case No: 2:16-cv-02450-JAM-DB
13 | Plaintiffs, | JUDGE:   Hon. John A. Mendez
14 | v. | **ORDER APPROVING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**
15 | JPMORGAN CHASE BANK, N.A.; a business entity form unknown; SELECT PORTFOLIO SERVICING, INC., a business entity form unknown; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a business entity form unknown; and DOES 1-100, inclusive, | 
16 |  | 
17 |  | **ACTION FILED:** September 13, 2016
18 | Defendants. | **REMOVED:** October 13, 2016

23 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

24     Having considered the joint stipulation between plaintiffs Richard F. Bell and Patricia A.
25 Bell ("Plaintiffs") and defendant JPMorgan Chase Bank, N.A. ("Defendant"), and collectively, the
26 "Parties," and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

27     1.    The Stipulation of the Parties to continue the deadline for Defendant to file a
28 responsive pleading to Plaintiffs' Complaint in this action is granted.

2. Defendant's response to the Complaint is due on or before **November 21, 2016**.

3. All related deadlines shall also be continued accordingly.

**IT IS SO ORDERED.**

DATED: 10/20/2016                                        /s/ John A. Mendez_____
                                                                          Hon. John A. Mendez
                                                                          United States District Court Judge